STATE of Missouri, Respondent,

v.

Norman V. HOPKINS, Appellant.

No. ED 86302.

Missouri Court of Appeals,
Eastern District,
Division One.

April 11, 2006.

Nancy A. McKerrow, Assistant Public Defender, Columbia, MO, for appellant.

Deborah Daniels, Assistant Attorney General, Jefferson City, MO, for respondent.

Before MARY K. HOFF, P.J., CLIFFORD H. AHRENS, J. and PATRICIA L. COHEN, J.

## ORDER

PER CURIAM.

Norman Hopkins was charged with and convicted of burglary, assault and armed criminal action. This appeal arises from the second trial of these charges and involves Hopkins's claims that the judgment should be reversed because the trial court erred in denying his request to proceed *pro se* and abused its discretion by overruling his objection to the State's closing argument.

We have reviewed the parties' briefs and the record on appeal and find no error. No jurisprudential purpose would be served by a written opinion. The parties have, however, been provided a memorandum setting forth the reasons for our decision in accordance with our local Rule 405.

The judgment is affirmed under Rule 30.25(b).

STATE of Missouri, ex rel, Respondent

v.

Kenneth G. THOMPSON, Appellant.

No. WD 65258.

Missouri Court of Appeals,
Western District.

April 11, 2006.

James C. Thompson, Esq., Richmond, MO, for Respondent.

Jonathan L. Laurans, Esq., Kansas City, MO, for Appellant.

Before LOWENSTEIN, P.J., ELLIS and NEWTON, JJ.

## ORDER

PER CURIAM.

Kenneth Thompson was convicted on two counts of failure to file state tax returns in the years 2000 and 2001, punishable under Sections 558.011, 560.011, and 143.931, RSMo 2000. The court finds no error. The convictions are affirmed. **Rule 30.25(b).**